| | |
|---|---|
| Sheehan & Associates, P.C. | 60 Cuttermill Road, Suite 409, Great Neck NY 11021-3104 |
| spencer@spencersheehan.com | tel. (516) 268-7080   fax (516) 234-7800 |

May 17, 2021

District Judge Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas St
White Plains, NY 10601

        Re: 7:21-cv-00618-PMH
           Mantini et al. v. Icelandic Provisions, Inc.

Dear District Judge Halpern:

  This office, with co-counsel, represents the plaintiffs. Plaintiffs filed the complaint on January 23, 2021. On April 28, 2021, defendant sent a letter in accordance with the Court's Individual Rules, setting forth its intention to file a motion to dismiss. On May 5, 2021, plaintiffs replied, confident in the facts and their legal basis but acknowledging the facts can be bolstered by an amended pleading.

  The parties consented to the filing of an amended complaint on or before June 4, 2021, with defendant's answer or response due by June 18, 2021. The parties ask that the Court approve these dates. Thank you.

              Respectfully submitted,

               /s/Spencer Sheehan

## Certificate of Service

I certify that on May 17, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan